Sidney T. DANIEL, Claimant–
Appellant,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2006–7306.

United States Court of Appeals,
Federal Circuit.

March 12, 2008.

Sidney T. Daniel, pro se.

*ORDER*

On February 4, 2008 the court issued an order allowing Sidney T. Daniel ("Daniel") 21 days to notify the court why this appeal should not be dismissed for lack of jurisdiction. Daniel has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.

Eloy BARNACHEA, Claimant–
Appellant,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2006–7139.

United States Court of Appeals,
Federal Circuit.

March 12, 2008.

Eloy Barnachea, pro se.

*ORDER*

On February 4, 2008 the court issued an order allowing Eloy Barnachea ("Barnachea") 21 days to notify the court whether he intends to proceed with his case or dismiss his appeal. Barnachea has failed to respond with in the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.